### ROAD IN THE COUNTIES OF SUSSEX AND MORRIS.

On application for appointment of surveyors to lay out a road, the affidavit should shew that the petitioners are residents as well as freeholders of the respective counties, and should specify the places where the notices were set up ; And lists of the surveyors of the counties should be submitted to the court.

The court overruled an application for the appointment of surveyors of the highways to lay out a public road in the counties of Sussex and Morris, because,

1. It did not appear by the affidavit that the persons who signed the petition were *residents*, as well as freeholders of the respective counties.

2. The particular places where the notices were set up, were not *specified* in the affidavit.   The court are to judge of the publicity of the places and not the witness.

THE COURT said that full and duly certified lists of the surveyors of the counties in which the road is proposed, should be laid before them, and not merely the names of six of the surveyors.   The court and not the applicants are to select the surveyors.